UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDERJEET SINGH,<br><br>                          Petitioner,<br><br>v.<br><br>PATRICK DIVVER; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; RYAN HICKS; TODD M. LYONS; KRISTI NOEM; PAM BONDI; JEREMY CASEY; ALL PERSONS HAVING CUSTODY OF THE PETITIONER,<br><br>                          Respondents. | Case No.: 3:25-cv-3671-JES-BLM<br><br>**ORDER:**<br><br>**(1) GRANTING IN PART AND DENYING IN PART AS MOOT PETITION FOR WRIT OF HABEAS CORPUS; and**<br><br>**(2) DENYING AS MOOT MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**[ECF Nos. 1, 3]** |

    Before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On December 24, 2025, the Court issued an order granting the petition in part and ordering a bond hearing. ECF No. 9. On January 8, 2026, Respondents filed a Notice of Compliance, notifying the Court that Petitioner received a bond hearing, where he was ordered released on bond. ECF No. 14.

//

//

//

1    Accordingly, the Court now **DENIES AS MOOT** the remainder of the petition. The
2    Court also **DENIES AS MOOT** the motion for temporary restraining order. ECF No. 3.
3    The Clerk is directed to **CLOSE** this case.
4    **IT IS SO ORDERED.**
5    Dated: January 12, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge